# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-cv-60800-RS

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

MB AUTO SPECIALISTS, LLC, a Florida Limited Liability Company and FP HALLANDALE III, LLC, a Florida Limited Liability Company

    Defendants.
_____/

## NOTICE OF VERBAL SETTLEMENT

The undersigned counsel hereby files this Notice of Verbal Settlement and gives notice to this Honorable Court that the parties are in the process of completing settlement documents which will resolve all the issues pertaining to this lawsuit and will be submitting a Stipulation of Dismissal shortly thereafter.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., #757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com
Attorney for Plaintiff, HOWARD MICHAEL CAPLAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-cv-60800-RS

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

MB AUTO SPECIALISTS, LLC, a Florida Limited Liability Company and FP HALLANDALE III, LLC, a Florida Limited Liability Company

    Defendants.
_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on October 03, 2024, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., #757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com
Attorney for Plaintiff

# SERVICE LIST:

HOWARD MICHAEL CAPLAN vs. MB AUTO SPECIALISTS, LLC, a Florida Limited Liability Company and FP HALLANDALE III, LLC, a Florida Limited Liability Company

United States District Court Southern District of Florida

Case No. 0:24-cv-60800-RS

## MB AUTO SPECIALISTS, LLC

Registered Agent:
Benchabat, Maurice
1000 E Island Blvd., #602
Aventura, FL 33160

**VIA U.S. MAIL**

## FP HALLANDALE III, LLC

Attorney:
Nolan Klein, Esq.
Florida Bar No: 647977
Law Offices of Nolan Klein, P.A.
5550 Glades Road, Ste. 500
Boca Raton, FL 33431
Telephone: (954) 745-0588
Facsimile: (877) 253-1691
Email: klein@nklegal.com

**VIA CM/ECF**